Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 22-12687

**Caption:**
JOEL B. ROTHMAN,
CRAIG A. WIRTH
AND SRIPLAW, P.A.,

Appellants,

vs.

A SHOC BEVERAGE, LLC, et al.

Appellee.

District and Division: Southern District of Florida (West Palm Beach)
Name of Judge: Donald M. Middlebrooks
Nature of Suit: Trade Dress
Date Complaint Filed: 04/20/2021
District Court Docket Number: 9:21-cv-80740-DMM
Date Notice of Appeal Filed: 08/15/2022
☐ Cross Appeal    ☐ Class Action
Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | Avery Dial for former counsel of underlying Plaintiff. | 100 SE Third Avenue, Suite 1500<br>Fort Lauderdale, FL 33394 | Tel. 954 302 2498<br>Fax 888-464-7982<br>Email adial@kdvlaw.com |
| **For Appellee:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Kevin Crow Kaplan | 2601 S Bayshore Drive Penthouse<br>Miami, FL 33133 | Tel. 305-858-2900<br>Fax: 858-5261<br>Email kkaplan@coffeyburlington.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other Motion for Sanctions and Fees | Amount Sought by Plaintiff: $ 249,357.50<br>Amount Sought by Defendant: $ 249,357.50<br>Awarded: $ 249,357.50 to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☐ Granted<br>☐ Permanent   ☐ Denied |

Page 2                                                                 11th Circuit Docket Number: 22-12687

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name/Statute 28 USC 1927
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit? ☐ Yes ☑ No
    (b) Among circuits? ☐ Yes ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    The "weakness of Plaintiff's claims" and "conduct [of Celsius' former counsel] throughout the discovery process" were not a valid basis to impose sanctions under 28 U.S.C. § 1927 on Celsius' former counsel. Also, financial sanctions are not proper under Rule 37(b) of the Federal Rules of Civil Procedure absent an express violation of a discovery order and none of the other sections of Rule 37 are applicable to the present case.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 15th DAY OF September, 2022.

Avery Dial                                                             /s/ Avery A Dial
NAME OF COUNSEL (Print)                                                SIGNATURE OF COUNSEL