Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 22-12687

| Caption: | |
|---|---|
| JOEL B. ROTHMAN | District and Division: Southern District of Florida (West Palm Beach) |
| CRAIG A. WIRTH | Name of Judge: Donald M. Middlebrooks |
| AND SRIPLAW, P.A. | Nature of Suit: Trade Dress |
| | Date Complaint Filed: 4/20/2021 |
| Appellants, | District Court Docket Number: 9:21-cv-80740-DMM |
| vs. | Date Notice of Appeal Filed: 8/15/2022 |
| | ☐ Cross Appeal   ☐ Class Action |
| A SHOC BEVERAGE, LLC, et al. | Has this matter previously been before this court? |
| | ☐ Yes  ☑ No |
| Appellee. | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | Avery Dial for former counsel of underlying Plaintiff. | 100 SE Third Avenue Suite 1500 Fort Lauderdale, FL 33394 | Tel. 954-302-2498<br>Fax: 888-464-7982<br>Email: adial@kdvlaw.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Kevin Crow Kaplan | 2601 S. Bayshore Drive, PH 1 Miami, FL 33133 | Tel. 305-858-2900<br>Fax: 305-858-5261<br>Email: kkaplan@coffeyburlington.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ 0 |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ 249,357.50 |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $ 249,357.50 |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☐ Injunction | ☐ Preliminary   ☐ Granted |
| | | ☑ Other: Motion for Sanctions and Fees | ☐ Permanent   ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑ Yes   ☐ No

  If Yes, provide
  (a) Case Name/Statute  28 U.S.C. 1927
  (b) Citation _____
  (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
  (a) Arises from substantially the same case or controversy as this appeal?   ☐ Yes   ☑ No
  (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☐ Yes   ☑ No

  If Yes, provide
  (a) Case Name _____
  (b) Citation _____
  (c) Docket Number if unreported _____
  (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
  (a) Within the Eleventh Circuit?   ☐ Yes   ☑ No
  (b) Among circuits?   ☐ Yes   ☑ No

  If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

The trial court did not abuse its discretion in the award of reasonable attorney's fees and expert costs based on a finding of bad faith under 19 USC 1927.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 23rd DAY OF September, 2022.

Kevin C. Kaplan	/s/ Kevin C. Kaplan
NAME OF COUNSEL (Print)	SIGNATURE OF COUNSEL