# No. 22-12687-HH

*In the*
# UNITED STATES COURT OF APPEALS
*for the*
# ELEVENTH CIRCUIT

JOEL B. ROTHMAN, CRAIG A. WIRTH, AND SRIPLAW, P.A.,

*Appellants,*

v.

A SHOC BEVERAGE, LLC, ET. AL.,

*Appellees.*

On Appeal from the
United States District Court for the Southern District of Florida
No. 9:21-cv-80740-DMM-WM
The Honorable Donald M. Middlebrooks

## PROPOSED *AMICUS CURIAE* RANDAZZA LEGAL GROUP, PLLC'S MOTION TO EXTEND TIME TO FILE AMICUS BRIEF IN SUPPORT OF APPELLANTS

Marc J. Randazza
Randazza Legal Group, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Tel: 702-420-2001
ecf@randazza.com

Attorneys for *Amicus Curiae*
Randazza Legal Group, PLLC

# No. 22-12687-HH
## *Rothman v. A Shoc Beverage, LLC*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Proposed Amicus Curiae Randazza Legal Group, PLLC, by and through its undersigned counsel and pursuant to 11th Cir. R. 26.1-1(a) hereby state as follows:

Upon information and belief based on due diligence research performed, the following are believed to have an interest in the outcome of this case or appeal:

A Shoc Beverage, LLC

Celsius Holdings, Inc.

Coffey Burlington, P.L. – Counsel for A Shoc Beverage, LLC and Keurig Dr. Pepper, Inc.

DeSantis, Carl – Shareholder of Celsius Holdings, Inc.

Dial, Avery A. – Counsel for Appellants

Hogan, Howell S. – Counsel for A Shoc Beverage, LLC and Keurig Dr. Pepper, Inc.

Kaplan, Kevin C. – Counsel for A Shoc Beverage, LLC and Keurig Dr. Pepper, Inc.

Kaufman Dolowich & Voluck, LLP – Counsel for Appellants
Keurig Dr. Pepper, Inc.

Kopp, Christopher F. – Counsel for A Shoc Beverage, LLC and Keurig Dr. Pepper, Inc.

Milmoe, William H. – Shareholder of Celsius Holdings, Inc.

Rothman, Joel B. – Appellant

Schabert, Barbara R. – Counsel for Appellants

Shing, Li Ka – Shareholder of Celsius Holdings, Inc.

SRIPLAW, P.A. – Appellant

Teitelbaum, Meir – Counsel for Celsius Holdings, Inc.

Wirth, Craig A. – Appellant

| | |
|---|---|
| Date: February 15, 2023. | RANDAZZA LEGAL GROUP, PLLC |
| | /s/ Marc J. Randazza |
| | Marc J. Randazza |
| | *Attorneys for Amicus Curiae*<br>*Randazza Legal Group, PLLC* |

# PROPOSED *AMICUS CURIAE* RANDAZZA LEGAL GROUP, PLLC'S MOTION TO EXTEND TIME TO FILE AMICUS BRIEF IN SUPPORT OF APPELLANTS

Pursuant to Fed. R. App. P. 29, Proposed *Amicus Curiae* Randazza Legal Group, PLLC ("RLG") respectfully moves this Court for a 14-day extension of time to file a brief of *amicus curiae* in support of Appellants. The Federal Rules require that such a brief be filed within 7 days of the filing of the brief being supported, which would require RLG's brief to be filed on or before February 15, 2023. However, the Rules also allow the Court to grant leave for an amicus brief to be filed later upon a motion. *See* Fed. R. App. P. 29(a)(6).

Proposed *Amicus Curiae* RLG is a national law firm that frequently practices in contentious intellectual property infringement litigation. The issues on appeal here present unique questions of first impression that should be informed not only with argument by the parties, but also the viewpoints of third party *amicus curiae*. In the present action, Appellants are a law firm and its attorneys that were sanctioned by the District Court without any notice that sanctions were being considered against them. Accordingly, Proposed *Amicus Curiae* RLG wishes to contribute briefing to the Court on how the procedure below violated Appellants' due

process rights. As an intellectual property law firm that practices in similar cases within this Circuit, RLG has a significant interest in the outcome of this appeal; namely, considering under what circumstances it might be sanctioned by a court for merely advocating on behalf of one of its clients.

RLG only recently learned of this action and wishes to contribute a brief of *Amicus Curiae* for consideration by the Court. However, it is unable to do so prior to the ordinary deadline imposed by Fed. R. App. P. 29(a)(6). Accordingly, RLG respectfully asks this Court for a 14-day extension of time to file its Motion for Leave to File Brief of Amicus Curiae and an accompanying Amicus Brief.

Date: February 15, 2023.	RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza
*Attorneys for Amicus Curiae
Randazza Legal Group, PLLC*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the word limit of FRAP 27(d)(2)(A) because, excluding the parts of the document exempted by FRAP 32(f), this document contains 314 words.

2. This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word with 14-point Century Schoolbook font.

Date: February 15, 2023.    RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza

*Attorneys for Amicus Curiae
Randazza Legal Group, PLLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

Date: February 15, 2023.   RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza

*Attorneys for Amicus Curiae
Randazza Legal Group, PLLC*