IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 22-12687-HH
_____

CELSIUS HOLDINGS, INC.,

                  Plaintiff,

JOEL B. ROTHMAN,
CRAIG A. WIRTH,
SRIPLAW, PA,

                  Interested Parties - Appellants,

versus

A SHOC BEVERAGE, LLC,
KEURIG DR PEPPER INC.,

                  Defendants - Appellees.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER:

Randazza Legal Group, PLLC's motion for extension of time to file a motion for leave to file an amicus brief in support of the Appellants, to and including March 1, 2023, is GRANTED.

                                                /s/ Charles R. Wilson
                                          UNITED STATES CIRCUIT JUDGE